# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:15CR270 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOSH PIRA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Assistant Federal Public Defender Kelly M. Steenbock and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Josh Pira (Pira) (Filing No. 65). Ms. Steenbock represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Ms. Steenbock's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 65) is granted.

Andrew J. Wilson, 2120 South 72nd Street, Omaha, NE 68124, (402) 392-1500, is appointed to represent Pira for the balance of these proceedings pursuant to the Criminal Justice Act.

The clerk shall provide a copy of this order to Mr. Wilson.

**IT IS SO ORDERED.**

DATED this 19th day of September, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge