IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR270 |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSH PIRA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [92]. Counsel needs additional time to complete discovery and conduct investigations as well as to explore plea negotiations.  The defendant has complied with NECrimR 12.1(a) at filing [93].  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [92] is granted, as follows:

1. The jury trial now set for July 24, 2017 is continued to **September 5, 2017.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 5, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED July 17, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**